IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CAFN: |
| | * | |
| SOUTHERN AUTO ELECTRIC, | * | |
| INC. | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America ("United States"), by and through its attorney, Heather D. Brown, hereby sets forth its Complaint against Defendant Southern Auto Electric, Inc. ("Defendant").

1.    This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.  Venue is proper in this Court.

2.    The United States brings this action for the Department of the Treasury's Bureau of the Fiscal Service ("Treasury") on behalf of the U.S. Department of Labor, Occupational Safety & Health Administration ("OSHA") in

accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3.      Defendant is a Georgia corporation with its principal place of business in Conley, Georgia.  Defendant may be served with process through its registered agent, Ronald S. Dobbins, or through its officers Ronald S. Dobbins and Janice E. Dobbins at 3975 Moreland Avenue, Conley, Georgia 30288.

4.      On May 22, 2020, OSHA issued a Citation and Notification of Penalty to Defendant with penalties totaling $33,926.00 and requiring abatement of the violations to occur on or before June 18, 2020.  (the "Citation").  OSHA further notified Defendant that if the amounts due pursuant to the Citation were not paid, then interest will accrue at the annual rate of 2% and penalty at the annual rate of 6%.  A true and complete copy of the Citation is attached hereto as Exhibit "**A**" and incorporated herein.

5.      On June 24, 2020, OSHA and Defendant entered into an *Informal Settlement Agreement* regarding the Citation that reduced the total penalty amount to $20,500.00 and extended the abatement period to July 7, 2020 (the "Settlement"). A true and complete copy of the Settlement is attached hereto as Exhibit "**B**" and incorporated herein.

6.     Defendant did not pay all sums due pursuant to the Citation when due.

7.     On December 7, 2020, OSHA notified Defendant that the outstanding balance due pursuant to the Citation, as amended by the Settlement, was $14,350.00. A true and complete copy of this notice is attached hereto as Exhibit "**C**" and incorporated herein.

8.     On August 4, 2021, OSHA again notified Defendant of the outstanding balance due, which had an outstanding balance of $15,541.92 as of the date of the notice.  A true and complete copy of this notice is attached hereto as Exhibit "**D**" and incorporated herein.

9.     Although Defendant made additional payments, it did not pay the amounts due pursuant to the Citation in full.

10.     As of May 29, 2024, the outstanding balance owed to the United States to satisfy the Citation, as amended by the Settlement, including interest and penalty accrued through that date, was $7,218.38 and is broken down as follows:

| | | |
|---|---|---|
| A. | Principal | $4,585.77 |
| B. | Interest (at 2.00%) | $  179.66 |
| C. | Penalty (at 6.00%) | $  538.99 |
| D. | Administrative Fees | $1,913.96 |

Interest and penalty continue to accrue from May 30, 2024 through the date of judgment.  A true and complete copy of the Certificate of Indebtedness issued by Treasury is attached hereto as Exhibit "**E**" and incorporated herein.

WHEREFORE, the United States of America respectfully requests that this Court enter a judgment again Defendant Southern Auto Electric, Inc. in the amount of $7,470.06, plus interest and penalty accruing for the period beginning May 18, 2024 and continuing through the date of judgment, all administrative costs allowed by law, all court costs allowed by law, for all attorneys' fees allowed by law, for post judgment interest at the legal rate pursuant to 28 U.S.C. §1961,  and for such other relief which the Court deems proper.

Dated:  January 11, 2025             By:  /s/- *Heather D. Brown*
                                     Heather D. Brown
                                     Attorney for Plaintiff
                                     United States of America
                                     Georgia State Bar No. 100169
                                     Schuerger Law Group
                                     Private Counsel - U.S. Department of Justice
                                     138 Bulloch Avenue
                                     Roswell, Georgia 30075
                                     (404) 994-4300
                                     hbrown@schuergerlaw.com
                                     efiling@schuergerlaw.com

# EXHIBIT A

**U.S. Department of Labor**
Occupational Safety and Health Administration
1995 North Park Place SE
Suite 525
Atlanta, GA 30339



# Citation and Notification of Penalty

**To:**
SOUTHERN AUTO ELECTRIC, INC.
and its successors
3975 Moreland Ave
Conley, GA 30288

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 - 01/30/2020
**Issuance Date:** 05/22/2020

**Inspection Site:**
3975 Moreland Ave
Conley, GA 30288

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the **Assistant Area Director Keith Hass** during the 15 working day contest period by calling 678-903-7301. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type **"OSHA"** and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

05/22/2020. The conference will be held by telephone or at the OSHA office located at 1995

North Park Place SE, Suite 525, Atlanta, GA 30339 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1459540**

Company Name: SOUTHERN AUTO ELECTRIC, INC.
Inspection Site: 3975 Moreland Ave, Conley, GA 30288
Issuance Date: 05/22/2020

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1995 North Park Place SE, Suite 525, Atlanta, GA 30339**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                   Date

_____          _____
Typed or Printed Name                       Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 - 01/30/2020
Issuance Date: 05/22/2020



## Citation and Notification of Penalty

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

Citation 1   Item 1    Type of Violation: **Serious**

29 CFR 1910.101(b): The in-plant handling, storage, and utilization of all compressed gases in cylinders, portable tanks, rail tankcars, or motor vehicle cargo tanks were not in accordance with Compressed Gas Association Pamphlet P-1-1965, which is incorporated by reference as specified in CFR 1910.6:

a) Near bay doors on the south side of the facility: On or about January 30th, 2020, and at times prior, the employer exposed employees to fire hazards, in that oxygen cylinders were not stored a minimum of 20 feet of distance from flammable gas cylinders such as acetylene, or by a firewall 5 feet high with a fire rating of 30 minutes.

Cylinders must be segregated in hazard classes while in storage. Oxidizers (oxygen) must be separated from flammable gases, and empty cylinders must be isolated from filled cylinders.
The proper storage for oxygen cylinders requires that a minimum of 20 feet is maintained between flammable gas cylinders and oxygen cylinders or the storage area be separated, at a minimum, by a firewall five (5) feet high with a fire rating of 30 minutes.

Date By Which Violation Must be Abated:                          06/18/2020
Proposed Penalty:                                                $3084.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6 of 22                         OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 – 01/30/2020
**Issuance Date:** 05/22/2020



<u>**Citation and Notification of Penalty**</u>

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

<u>Citation 1  Item 2</u>   Type of Violation: **Serious**

29 CFR 1910.107(g)(2): All spraying areas were not kept as free from the accumulation of deposits of combustible residues as practical, with cleaning conducted daily if necessary:

a) Tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to fire hazards, in that the spray booth located in the northwest corner of the tear-down room had accumulated deposits of combustible residue.

Clean the spray booth with enough frequency to keep the spray area free of accumulation of combustible residue. Daily if necessary.

| | |
|---|---:|
| Date By Which Violation Must be Abated: | 06/18/2020 |
| Proposed Penalty: | $3084.00 |

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                         Page 7 of 22                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 - 01/30/2020
**Issuance Date:** 05/22/2020

**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 1 Item 3 a Type of Violation: **Serious**

29 CFR 1910.134(c)(1): A written respiratory protection program that included the provisions in 29 CFR 1910.134(c)(1)(i) - (ix) with worksite specific procedures was not established and implemented for required respirator use:

a) Tear down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to respiratory hazards, in that the employer failed to develop and implement a written respiratory protection program when respirator use was required in designated areas of the facility such as the tear-down room. Employees perform tasks such as painting and abrasive blasting in the tear down room and the employer made the use of respirators mandatory in this area.

Develop and implement an effective respiratory protection program that includes the provisions in 29 CFR 1910.134(c)(1)(i) - (ix) with worksite specific procedures

| | |
|---|---|
| Date By Which Violation Must be Abated: | 06/18/2020 |
| Proposed Penalty: | $2313.00 |

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

Citation 1  Item 3 b  Type of Violation: **Serious**

29 CFR 1910.134(d)(1)(iii): The employer did not identify and evaluate the respiratory hazard(s) in the workplace; including a reasonable estimate of employee exposures to respiratory hazards and identification of the contaminant's chemical state and physical form:

a) Various areas of the shop, primarily the tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to respiratory hazards, in that the employer did not identify and evaluate the respiratory hazards in the workplace. Employees are exposed to air contaminants and the employer did not evaluate the contaminants to determine the proper personal protective equipment.

Evaluate the respiratory hazard(s) in the workplace; including a reasonable estimate of employee exposures to respiratory hazards and identification of the contaminant's chemical state and physical form.

Date By Which Violation Must be Abated:                    06/18/2020

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 9 of 22                    OSHA-2



**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 – 01/30/2020
**Issuance Date:** 05/22/2020

## Citation and Notification of Penalty

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

<u>Citation 1  Item 3 c</u>  Type of Violation: **Serious**

29 CFR 1910.134(k)(6): The employer did not provide the basic advisory information on respirators, as presented in Appendix D of 29 CFR 1910.134, in written or oral format to employees who wear respirators when such use was not required by the employer:

a) Various areas of the shop, excluding the tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to respiratory hazards, in that the employer did not provide the basic advisory information on respirators, as presented in Appendix D of the respiratory protection standard in written or oral format to employees who wear respirators in areas of the facility where respirators were not required by the employer.

Provide the basic advisory information on respirators, as presented in Appendix D of 29 CFR 1910.134, in written or oral format to employees who wear respirators when such use is not required.

Date By Which Violation Must be Abated:                    06/18/2020

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 10 of 22                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

Citation 1  Item 4    Type of Violation: **Serious**

29 CFR 1910.147(c)(1): The employer did not establish a program consisting of an energy control procedure, employee training and periodic inspections to ensure that before any employee performed any servicing or maintenance on a machine or equipment where the unexpected energizing, startup or release of stored energy could occur and cause injury, the machine or equipment shall be isolated from the energy source and rendered inoperative:

a) Between the doors to the tear-down room and rebuild room: On or about January 30th, 2020, and at times prior, the employer exposed employees to caught-between and struck-by hazards, in that the employer failed to develop and implement a control of hazardous energy program while employees were performing service/maintenance on a lathe located between the tear-down and rebuild room. The lathe operated with an electrical energy source and the service being performed was a diagnosis to perform a repair.

Develop and implement an effective control of hazardous energy program.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                 06/18/2020
Proposed Penalty:                                          $5398.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 - 01/30/2020
**Issuance Date:** 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

<u>Citation 1  Item 5</u>    Type of Violation: **Serious**

29 CFR 1910.212(a)(1): One or more methods of machine guarding was not provided to protect the operator and other employees in the machine area from hazards such as those created by point of operation, ingoing nip points, rotating parts, flying chips and sparks:

a) Rebuild room: On or about Thursday January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from the exposed chuck on the Jet lathe model1325PBD on the West wall.

b) Rebuild room: On or about Thursday January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from the exposed chuck on the Enco bench lathe model 92010 on the North wall.

c) Rebuild room: On or about Thursday January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from the exposed chuck on the gray metal lathe to the left of the Enco bench lathe on the North wall.

Implement effective guarding in the machine area to protect employees from hazards such as those created by point of operation, ingoing nip points, rotating parts, flying chips and sparks:

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                06/18/2020
Proposed Penalty:                                                  $5398.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 12 of 22                OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

Citation 1   Item 6     Type of Violation: **Serious**

29 CFR 1910.215(a)(4): Grinding machinery was not used with work rest(s) to support offhand grinding work and/or work rest(s) on grinding machinery were not adjusted closely to the wheel with a maximum opening of one eighth inch:

a) By the door to the rebuild room: On or about January 30, 2020, and at times prior, the employer exposed employees to struck-by hazards, in that the work rest was not adjusted closely to the wheel with a minimum opening of one eight inch on a 6/7 inch bench grinder.

b) West wall of the rebuild room: On or about January 30, 2020, and at times prior, the employer exposed employees to struck-by hazards, in that a work rest was not used to support offhand grinding on a 1/2 HP bench grinder.

Use work rests on grinding machinery to support offhand grinding and adjust work rests closely to the wheel with a maximum opening of one eight inch.

Date By Which Violation Must be Abated:                    06/18/2020
Proposed Penalty:                                          $3084.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 13 of 22                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



## Citation and Notification of Penalty

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

<u>Citation 1  Item 7</u>    Type of Violation: **Serious**

29 CFR 1910.219(e)(3)(i): Vertical or inclined belt(s) were not enclosed by guard(s) conforming to the requirements specified at 29 CFR 1910.219(m) and (o):

a) Rebuild room: On or about January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from nip-points of an exposed belt on a gray metal lathe on the north wall of the rebuild room.

b) Tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from nip-points of an exposed belt on the "wheelabrator" on the north wall of the tear-down room.

Implement effective guards to protect employees from nip-points of exposed belts on machinery.

Date By Which Violation Must be Abated:                          06/18/2020
Proposed Penalty:                                                                    $3084.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 14 of 22                                        OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 – 01/30/2020
**Issuance Date:** 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

<u>Citation 1   Item 8</u>     Type of Violation: **Serious**

29 CFR 1910.219(f)(3): Sprocket wheels and chains which were seven (7) feet or less above floors or platforms were not enclosed:

a) Tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from nip-points of an exposed sprocket wheel and chain on the rotating parts cleaner on the south wall of the tear-down room.

b) Tear-down room: On or about January 30th, 2020, and at times prior, the employer exposed employees to amputation hazards, in that guards were not implemented to protect employees from nip-points of an exposed sprocket wheel and chain on the "wheelabrator" on the north wall of the tear-down room.

Implement effective guards to protect employees from nip points of exposed sprocket wheels and chains.

Date By Which Violation Must be Abated:          06/18/2020
Proposed Penalty:                                                  $3084.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 15 of 22                          OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 1  Item 9 a  Type of Violation: **Serious**

29 CFR 1910.1200(e)(1): Employer had not developed or implemented a written hazard communication program included the requirements outlined in 29 CFR 1910.1200(e)(1)(i) and (e)(1)(ii):

a) Various areas of the shop: On or about January 30th, 2020, and at times prior, the employer exposed employees to hazardous chemicals, in that the employer failed to develop and implement a hazard communication program when employees were required to work with hazardous chemicals such as oils, solvents, paints, and adhesives.

Develop and implement an effective hazard communication program.

Date By Which Violation Must be Abated:      06/18/2020
Proposed Penalty:      $4626.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 16 of 22                OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 – 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

Citation 1  Item 9 b  Type of Violation: **Serious**

29 CFR 1910.1200(g)(1): Chemical manufacturers and importers did not obtain or develop a safety data sheet for each hazardous chemical and for each chemical that posed a hazard not otherwise classified that they produce or import:

a) Various areas of the shop: On or about January 30th, 2020, and at times prior, the employer exposed employees to hazardous chemicals, in that the employer did not obtain or develop a safety data sheet for each hazardous chemical such as oils, solvents, paints, and adhesives.

Obtain and maintain safety data sheets for each hazardous chemical used in the facility.

Date By Which Violation Must be Abated:                                    06/18/2020

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 17 of 22                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 – 01/30/2020
**Issuance Date:** 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

---

Citation 1  Item 9 c  Type of Violation: **Serious**

29 CFR 1910.1200(h)(1): Employees were not provided effective information and training on hazardous chemicals in their work area at the time of their initial assignment and whenever a new hazard that the employees had not been previously trained about was introduced into their work area:

a) Various areas of the shop: On or about January 30th, 2020, and at times prior, the employer exposed employees to hazardous chemicals, in that the employer did not provide employees with effective information and training on hazardous chemicals in their work area such as oils, solvents, paints, and adhesives.

Provide employees with effective information and training on the hazardous chemicals in their work area.

Date By Which Violation Must be Abated:                              06/18/2020

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 18 of 22                        OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1459540
Inspection Date(s): 01/30/2020 - 01/30/2020
Issuance Date: 05/22/2020



**Citation and Notification of Penalty**

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 2  Item 1 a  Type of Violation: **Other-than-Serious**

29 CFR 1904.29(a): The employer did not use an OSHA 300, 301 and 300A Form or equivalent.

a) On or about January 30, 2020, the employer forms used for recording injuries and illnesses were not an equivalent to an OSHA 300, 301, 300A.

Use an OSHA 300, 301 and 300A Form or equivalent to document employee injuries and illnesses.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:              06/18/2020
Proposed Penalty:                                    $771.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty          Page 19 of 22          OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1459540
**Inspection Date(s):** 01/30/2020 – 01/30/2020
**Issuance Date:** 05/22/2020



<u>**Citation and Notification of Penalty**</u>

**Company Name:** SOUTHERN AUTO ELECTRIC, INC.
**Inspection Site:** 3975 Moreland Ave, Conley, GA 30288

<u>Citation 2  Item 1 b</u>  Type of Violation: **Other-than-Serious**

29 CFR 1904.32(a): The employer did not ensure that at the end of the year an annual summary of injuries and illnesses on the OSHA 300 Log was created, certified and posted.

a) On or about January 30, 2020, the employer did not ensure that at the end of the year an annual summary of injuries and illnesses on the OSHA 300 Log was created, certified and posted.

At the end of each year create, certify and post an annual summary of injuries and illnesses that were recorded on the OSHA 300 Log.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                    06/18/2020

**Jeffery M. Stawowy**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 20 of 22                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
1995 North Park Place SE
Suite 525
Atlanta, GA 30339



# INVOICE /
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | **SOUTHERN AUTO ELECTRIC, INC.** |
| **Inspection Site:** | **3975 Moreland Ave, Conley, GA 30288** |
| **Issuance Date:** | **05/22/2020** |

| | |
|---|---|
| **Summary of Penalties for Inspection Number** | 1459540 |
| **Citation 1, Serious** | $33155.00 |
| **Citation 2, Other-than-Serious** | $771.00 |
| **TOTAL  PROPOSED PENALTIES** | $33926.00 |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.  You can also make your payment electronically on www.pay.gov.  On the left side of the pay.gov homepage, you will see an option to Search Public Forms.  Type **"OSHA"** and click Go. From the results, click on **OSHA Penalty Payment Form**.  The direct link is https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.  You will be required to enter your inspection number when making the payment.  Payments can be made by credit card or Automated Clearing House (ACH) using your banking information.  Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH.  If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check,  money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed

account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is two percent (2%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____

**Jeffery M. Stawowy**
Area Director

5/22/20
_____
Date

**Please Contact AAD Keith Hass to Schedule an Informal Conference at 678-903-7304.**

**Este documento es muy importante. Si ud. No habla inglés, busque un traductor o llame al (678) 903-7301.**

**U.S. Department of Labor**   Occupational Safety and Health Administration
1995 North Park Place SE Suite 525
Atlanta, GA 30339
Phone: (678) 903-7301 Fax: (770) 984-8855



May 22, 2020

Dear Mr. Dobbins,

On 01/30/2020, an OSHA compliance officer met with you or your representative as part of an inspection at 3975 Moreland Ave Conley, GA 30288. This letter includes the citations for the violations that were found (see summary below). Please choose one of the three options from the box to the right and complete the associated steps found on the following page **within 15 working days.** Please call us if you have any questions about the enclosed citation and/or penalties; we are here to help you choose the best option to resolve your citation as quickly as possible.

Sincerely,

*Keith Horn*

Jeffery M. Stawowy, Area Director

---

## Your Citation Summary
### SOUTHERN AUTO ELECTRIC, INC.
### Inspection Number: 1459540

---

**Total Amount Due:**    **$33926.00**

**Payment Due Date:**    **15 working days after receipt of this letter**

*You must correct each violation by the date listed in the Citation and Notification of Penalty. Please see the violations and the correction deadline for each violation starting on page 6.*

**Total Number of Violations :**    **15**

### Your First Correction Deadline is:
### 06/18/2020

---

## Step 1 – Choose a Response Option and
### *Act within 15 working days*

Respond now before you lose the ability to discuss potential adjustments to penalty amounts and/or due dates. Please choose one option below and complete the steps on the next page.

---

### Option #1 – Discuss with OSHA
I would like to discuss the citation with an OSHA representative. This may lead to changes in the penalty amount, due date or correction deadlines (if appropriate).

---

### Option #2 – Correct and Pay
I agree with the citation, penalties, and correction deadlines, and do not contest.

---

### Option #3 – Contest the Citation
I do not agree with the citation, penalties, and/or correction deadlines, and would like to contest.

---

### Questions or Concerns?
If you have any questions or concerns regarding the citation, penalties, and/or correction deadlines, please call us at (678) 903-7301.

# Step 2 – Complete One Option Checklist

Please post a copy of the citation at or near the place where each violation occurred, even if you plan to contest.
You can use the checklist to the right to help plan your next steps. Please do not send in your checklist.

---

## Option #1 – Discuss with OSHA

I will complete by:



1. Call: **Keith Hass, Assistant Area Director, at (678) 903-7304** as soon as possible to schedule a meeting with an OSHA representative that must occur **within 15 working days** of receiving this citation. Bring supporting documentation of existing conditions and corrections done thus far. If necessary, you can still contest the citation after this meeting. **\*\*This meeting does NOT extend your 15 working day deadline to contest the citation.\*\***

 __ / __



2. Fill in and post the attached "Notice to Employees OSHA Informal Conference" after scheduling meeting.

 __ / __

---

## Option #2 – Correct Violations and Pay Penalty

I will complete by:



1. Correct violations, then complete and mail the attached "Certification of Corrective Action Worksheet" along with the appropriate evidence of repair (e.g. photos, purchase orders, etc.) to the OSHA office listed on the first page, **postmarked within 10 calendar days after each violation's correction deadline and include any required evidence. If these documents are transmitted by means other than mailing, the date the Agency received the documents is the date of submission.**

 __ / __



2. Pay the **Total Penalty** by using one of the following methods: **\*\*Include your Inspection Number (see first page) on the payment.\*\***

 __ / __

*Pay Online*: Search "OSHA" on www.pay.gov and complete the "OSHA Penalty Payment Form." Pay by debit, credit or Automated Clearing House (ACH) **within 15 working days.** Penalties over $25,000 must be paid by ACH and require a Transaction ID (Call 202-693-2170 to obtain one).

*Pay by Check*: Mail check or money order payable to "DOL-OSHA" for the Total Penalty to the OSHA office listed on the first page **within 15 working days.**

---

## Option #3 – Contest the Citation

I will complete by:



Mail a letter of intent to legally contest to the OSHA office listed on the first page, postmarked within **15 working days.**

 __ / __

# EXHIBIT B



OSHA — Occupational Safety and Health Administration

In the Matter of: SOUTHERN AUTO ELECTRIC, INC.
Inspection No. 1459540

## INFORMAL SETTLEMENT AGREEMENT

The undersigned Employer and the undersigned Occupational Safety and Health Administration (OSHA), in settlement of the above citation(s) and penalties, which were issued on 05/22/2020, hereby agree as follows:

1. The Employer has corrected the violations as cited in the above citation(s) and will provide OSHA with a written response as to the specific corrective action taken for each violation.

2. The Employer agrees to pay the proposed penalties, if any, as issued with the above citations, or, if amended by this agreement, as amended below (see item 3). The Employer further agrees to pay any penalties due within 15 days of the signing of this agreement unless indicated otherwise (see item 3).

3. OSHA agrees that the following citations and penalties are being amended as shown below:

| | |
|---|---|
| Citation 1 Item 1: | Penalty Reduced to $2000, abatement extended to July 07, 2020 |
| Citation 1 Item 2: | Penalty Reduced to $2000, abatement extended to July 07, 2020 |
| Citation 1 Item 3a,b,c: | Penalty Reduced to $1500, abatement extended to July 07, 2020 |
| Citation 1 Item 4: | Penalty Reduced to $3000, abatement extended to July 07, 2020 |
| Citation 1 Item 5: | Penalty Reduced to $3500, abatement extended to July 07, 2020 |
| Citation 1 Item 6: | Penalty Reduced to $2000, abatement extended to July 07, 2020 |
| Citation 1 Item 7: | Group with Citation 1 Item 8, abatement extended to July 07, 2020 and penalty reduced to $3000 |
| Citation 1 Item 8: | Grouped with Citation 1 Item 7, abatement extended to July 07, 2020 |
| Citation 1 Item 9a,b,c: | Penalty Reduced to $3000, abatement extended to July 07, 2020 |
| Citation 2 Item 1a,b: | Penalty Reduced to $500, abatement extended to July 07, 2020 |

**Total penalty equals $20,500.00**

The employer will pay the penalty through a 10 month payment plan. Installments shall be $2050 per month with payments beginning on August 1, 2020 and ending on May 1, 2021.

The employer will submit the completed certification of corrective action worksheet and supporting documentation to the Atlanta West Area Office no later than July 07, 2020.

Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. Mail your check or money order to 1995 N Park Place, Suite 525, Atlanta, GA 30339.

You may also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "OSHA" and click "Go". When the results page comes up, click on OSHA Penalty Payment Form. You will be required to enter your company information and inspection number when making your payment. If penalties are not paid within this time period, the full penalty as originally assessed shall become due and payable.

4.  The Employer agrees to immediately post a copy of this Settlement Agreement in a prominent place at or near the location of the violation(s) referred to in paragraph 3 above. This Settlement Agreement must remain posted until the violations cited have been corrected, or for 3 working days (excluding weekends and Federal Holidays), whichever is longer.

5.  The employer is responsible for the original penalties and not the negotiated penalty settlement if the employer defaults on the penalty agreement and the case is referred to debt collection.

6.  The Employer, by the signing this informal settlement agreement, hereby waives its rights to contest the above citation(s) and penalties, as amended in paragraph 3 of this agreement.

7.  The Employer agrees to continue to comply with the applicable provisions of the Occupational Safety and Health Act of 1970, and the applicable safety and health standards promulgated pursuant to the Act.

8.  Each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

9.  None of the foregoing agreements and statements is intended as an admission by Respondent of the allegations contained within the Citation and Notification of Penalty, as amended. The agreements herein are not intended to be used for purposes other than actions or proceedings arising under the Occupational Safety and Health Act of 1970.

_____        6-23-2020
For The Employer                        6/24/2020
                                        Date

_____        6/24/2020
Jeffery Stawowy, Area Director          Date
For the Occupational Safety And
Health Administration

## NOTICE TO EMPLOYEES

The law gives you or representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable.  Any contest to the abatement dates of the citations amended in paragraph 4 of this Settlement Agreement must be mailed to the U.S. Department of Labor area office at 1995 North Park Place, Suite 525, Atlanta, Georgia 30339, within 15 working days (excluding weekends and Federal Holidays) of the receipt by the Employer of this Settlement Agreement. You or your representative also have the right to object to any of the abatement dates set for violations, which were not amended, provided that the objection is mailed to the office shown above within the 15-working-day period established by the original citation.

# EXHIBIT C

**U.S. Department of Labor**

Occupational Safety and Health Administration
Atlanta West Area Office
1995 North Park Place SE, Suite 525
Atlanta, GA 30339



December 07, 2020

SOUTHERN AUTO ELECTRIC, INC.
3975 Moreland Ave
Conley, GA 30288

Inspection Number    : 1459540
Due Date             : 11/03/2020

Dear Employer:

A plan for repayment of penalties assessed under the Occupational Safety and Health Administration was entered into with your firm on 08/03/2020. You have failed to comply with the terms of that agreement and have also failed to remit the outstanding balance due or enter into a new payment plan. Accordingly, this matter will be referred for further action to the National Office of the Occupational Safety and Health Administration in Washington, D.C. unless payment of the outstanding balance is received or a new payment plan agreement is entered into within one month of the date this letter is received.

Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type **"OSHA"** and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is as follows:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact your local OSHA Area Office in the header section above.

If you fail to remit payment or enter into a new payment plan agreement, interest and other charges which accrued but were not collected under the defaulted agreement will be added to the outstanding balance. You will be liable for payment of additional charges as well as the outstanding balance.

Further, you should be aware that pursuant to the provisions of the Debt Collection Act, it is the policy of the U.S. Department of Labor and the Occupational Safety and Health Administration to disclose information concerning delinquent claims to commercial credit reporting agencies, to utilize the service of private debt collectors and to report information on unpaid debts to the Internal Revenue Service. To preclude exercise of the authorities discussed above and to avoid incurring additional charges, please remit the total outstanding penalty due as indicated below:

| | |
|---|---|
| The original penalty amount was: | $20500.00 |
| You have paid: | $6150.00 |
| The total outstanding due is: | $14350.00 |

To continue your payment plan, please pay $2050.00 for November. Your December payment was due 12/03/2020, in the amount of $2050.00.

If you have recently submitted a payment covering the total outstanding penalty due, please disregard this notice. If you are unable to submit full payment at this time, and wish to enter into a new payment plan agreement or if you have any questions, please contact our office at 678-903-7301 immediately.

Sincerely,

Jeffery M. Stawowy
Digitally signed by
Jeffery M. Stawowy
Date: 2020.12.07
15:55:59 -05'00'

Jeffery M. Stawowy
Area Director

# EXHIBIT D

**U.S. Department of Labor**   Occupational Safety and Health Administration
Washington, DC 20210



August 4, 2021

| | | |
|---|---|---|
| | Penalty: | $14350.00 |
| SOUTHERN AUTO ELECTRIC, INC. | Interest Fee ( 2%): | $310.92 |
| 3975 Moreland Ave | Delinquent Fee ( 6%): | $861.00 |
| Conley, GA 30288 | Administrative Costs: | $20.00 |
| Phone: (404) 361-3283 | | |
| Fax: | | |

| | | |
|---|---|---|
| Inspection Number: 1459540 | Total Assessed: | $15541.92 |
| Taxpayer ID. Number: 581324434 | Amount Remitted: | $0.00 |
| | Balance Due: | $15541.92 |

Dear Employer,

We have been advised by our Area Office that you have failed to remit payment for penalties assessed under the Occupational Safety and Health Act and have not responded to correspondence from them concerning this debt. Accordingly, the matter has been referred to this office for further action. We have reviewed your account and, in accordance with the provisions of the Debt Collection Act, have determined that the total amount due is as shown above. **If payment in full is not received by this office within 30 days of the date of this letter, the account will be referred to the U.S. Department of Treasury for collection.** An additional 30% to 32% administrative fee will immediately be added to the account depending on the age of the debt. Additionally, the account will be subject to further debt collection including but not limited to the following actions: a) referral to private debt collection firms; b) reporting to commercial credit reporting agencies: c) referral to the Internal Revenue Service for collection by offset and d) referral to the U.S Department of Treasury for collection by offset from any payment due your company by any Federal or State agency. Additional fees will be assessed to cover the administrative costs of these actions.

To ensure proper crediting of your payment, your remittance should clearly reference the Inspection Number shown above and be made payable to DOL-OSHA. In addition, please check the Taxpayer ID. Number shown above. If the number is incorrect or missing, you must complete the enclosed Request for Taxpayer Identification Number (TIN) form. Note: Failure to supply this information could result in additional fines imposed by IRS.  Send your payment and TIN form to:

**U.S. Department of Labor – OSHA**
**D**e**linquent Accounts Collection Service**
**Post Office Box 2422**
**Washington, D.C**. **20013**

You can also make your payment electronically on www.pay.gov.  At the top of the pay.gov homepage, you will see a Search field. Type **"OSHA"** and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.  You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Division of Debt Collections at (202) 693-2170.

Should you have any questions regarding this matter, or wish to examine the records related to this debt, you should write to the address shown above within 15 days. Inspection details are also available at www.osha.gov. **If you wish to enter into a written agreement to repay this debt over a reasonable time, please contact the OSHA Division of Debt Collections at the address above**. You may also send an email to: **OSHA.DCAT@dol.gov** or contact us at (202) 693-2170.

Sincerely,

Delinquent Accounts and Collection Service
OSHA Division of Debt Collections
OSHA USDOL Taxpayer ID: 53-0199187

# EXHIBIT E



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

Southern Auto Electric, Inc
3975 Moreland Ave
Conley, GA 30288
**EIN:58-1324434**

**TRFM14021318**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor, Occupational Safety & Health Administration (DOL/OSHA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Southern Auto Electric Inc., (DEBTOR) to DOL/ OSHA.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL/OSHA based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of OSHA violations. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DOL/OSHA.

Upon completion of an investigation covering the DEBTOR's operations on January 30,2020 , DOL/OSHA issued a Citation and Notice of Penalty against the DEBTOR in the amount of $4,585.77 with an annual interest rate of 2.00% and an annual penalty rate of 6.00%, DOL/OSHA historical records the debt became delinquent on July 24, 2020.  DOL/OSHA referred the delinquent debt to Treasury for collection on September 24, 2021.

On May 17, 2024, Treasury referred the debt to DOJ for litigation and collection in the amount due of $4,585.77. with daily interest of $0.25 and a daily penalty of $0.75.  As of May 29, 2024, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 4,585.77 |
| Interest(@2.00%): | $   179.66 |
| Penalty (@6.00%): | $   538.99 |
| Admin Fees: | $ 1,913.96 |
| **Total:** | **$ 7,218.38** |

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

The balance stated in the debt listed above is current as of May 29, 2024, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL/OSHA and information contained in Treasury's records.

X   *Natalie Stubbs*

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date:  5/30/2024

2